United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABLE BLUFF BREWING, INC., | No. C14-03433 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AVIATOR BREWING COMPANY, INC., | |
| Defendant. | |

Having granted Defendant's Motion to Dismiss for Lack of Jurisdiction (dkt. 11), the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 25, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE